UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                    :
ALEXIS NOBOA,                                                        :
                                                                    :
                          Plaintiff,                                 :        21 Civ. 10077 (JPC)
                                                                    :
            -v-                                                      :        ORDER TO TRANSFER
                                                                    :
QUALITY HOMES USA, INC. and ABID HUSSAIN,                            :
                                                                    :
                          Defendants.                                :
                                                                    :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff filed this action alleging that Defendants violated the Fair Labor Standards Act, 29 U.S.C. § 21, *et seq.*, on November 24, 2021.  Dkt. 1 ¶ 1.  Under Title 28, United States Code, Section 1404(a), a district court has discretion to transfer venue to any other district where a case might have been brought "for the convenience of parties and witnesses, in the interest of justice." 28 U.S.C. § 1404(a); *see, e.g.*, *New York Marine and General Ins. Co. v. Lafarge North America, Inc.*, 599 F.3d 102, 112 (2d Cir. 2010) (discussing the factors to be considered in determining whether to transfer venue).  A civil action may be brought in, among other districts, a district "in which a substantial part of the events or omissions giving rise to the claim occurred."  28 U.S.C. § 1391(b).

      Because the allegations in the Complaint center on Nassau County, New York, which is within the Eastern District of New York, and Plaintiff did not specifically allege any conduct within the Southern District, the Court ordered Plaintiff to show cause why this case should not be transferred.  Dkt. 5.  Plaintiff now requests such a transfer.  Dkt. 9.

      Accordingly, it is ORDERED that this case be transferred to the Eastern District of New

York.  The Clerk of Court is respectfully directed to do so, and to close the motion pending at Docket Number 9.

    SO ORDERED.

Dated: December 14, 2021  
       New York, New York

                                        JOHN P. CRONAN  
                                    United States District Judge